IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | : | MDL DOCKET NO. 4:03-CV-1507-BRW |
| PREMPRO PRODUCTS LIABILITY | : |  |
| LITIGATION | : |  |

# ORDER

Plaintiff's pending Motions to Dismiss are GRANTED in the cases listed below and the cases are DISMISSED with prejudice:

    4:04-cv-00372-BRW  Demoville et al v. Wyeth Inc et al
    4:04-cv-00386-BRW  Demme v. Wyeth Inc et al
    4:04-cv-00387-BRW  Stack et al v. Wyeth Inc et al
    4:04-cv-00520-BRW  Freeman et al v. Wyeth Inc et al
    4:04-cv-01111-BRW  Helms, et al v. Wyeth, et al

    4:04-cv-01164-BRW  Hasley et al v. Wyeth Inc et al
    4:04-cv-01165-BRW  Van Houten et al v. Wyeth Inc et al
    4:04-cv-02259-BRW  Frailey, et al v. Wyeth Inc, et al
    4:05-cv-00439-BRW  McCadden v. Wyeth Inc, et al
    4:05-cv-00581-BRW  Rigger, et al v. Wyeth Inc, et al

    4:05-cv-00833-BRW  Franklin, et al v. Wyeth
    4:05-cv-00881-BRW  Musgrove v. Wyeth Inc et al
    4:05-cv-00882-BRW  Hamby v. Wyeth Inc et al
    4:05-cv-00958-BRW  Mooney v. Wyeth Inc et al
    4:05-cv-01113-BRW  Sage v. Wyeth Inc et al

    4:05-cv-01114-BRW  Jones v. Wyeth Inc et al
    4:05-cv-01116-BRW  Redd-Owens et al v. Wyeth Inc et al
    4:05-cv-01353-BRW  Tsakeres et al v. Wyeth Inc et al
    4:05-cv-01603-BRW  LeBlanc et al v. Wyeth Inc et al
    4:06-cv-00293-BRW  Waddell v. Wyeth Inc et al

    4:06-cv-00566-BRW  Hyman et al v. Wyeth Inc et al
    4:06-cv-00632-BRW  Graves v. Wyeth Inc et al
    4:06-cv-00812-BRW  Carper et al v. Wyeth Inc et al
    4:07-cv-00288-BRW  Cheek v. Wyeth Inc et al
    4:07-cv-00657-BRW  Cooper v. Wyeth Inc et al

```
4:07-cv-00661-BRW   Scheets et al v. Wyeth Inc et al
4:07-cv-00666-BRW   Schlaffman v. Wyeth Inc et al
4:08-cv-00300-BRW   Genduso et al v. Wyeth Inc et al
4:08-cv-00316-BRW   Gustafson et al v. Wyeth Inc et al
4:08-cv-00351-BRW   Constien et al v. Wyeth Inc et al

4:08-cv-00451-BRW   Kaufmann et al v. Wyeth Inc et al
4:08-cv-00475-BRW   Murdock v. Wyeth Inc et al
4:08-cv-00490-BRW   Stainbrook v. Wyeth Inc et al
4:08-cv-00660-BRW   Duval et al v. Wyeth Inc et al
4:08-cv-00777-BRW   Corona et al v. Wyeth Inc et al

4:08-cv-00780-BRW   Raab et al v. Wyeth Inc et al
4:08-cv-00812-BRW   England et al v. Wyeth Inc et al
4:08-cv-00814-BRW   Gorce et al v. Wyeth Inc et al
4:08-cv-00815-BRW   Baxter v. Wyeth Inc et al
4:08-cv-00818-BRW   Cooley et al v. Wyeth Inc et al

4:08-cv-00820-BRW   Mangold et al v. Wyeth Inc et al
4:08-cv-00823-BRW   Wade et al v. Wyeth Inc et al
4:08-cv-00972-BRW   Lachs et al v. Wyeth Inc et al
4:08-cv-01142-BRW   Rose et al v. Wyeth Inc et al
4:08-cv-01145-BRW   Shimanek et al v. Wyeth Inc et al

4:08-cv-01148-BRW   Long et al v. Wyeth Inc et al
4:08-cv-01178-BRW   Todd v. Wyeth Inc et al
4:08-cv-01197-BRW   Corning et al v. Pharmacia & Upjohn Company LLC et al
4:08-cv-01198-BRW   Simmons v. Pharmacia & Upjohn Company LLC et al
4:08-cv-01200-BRW   Strode v. Pharmacia & Upjohn Company LLC et al

4:08-cv-01213-BRW   Hawkins et al v. Wyeth Inc et al
4:08-cv-01221-BRW   Tinkham et al v. Wyeth Inc et al
4:08-cv-01244-BRW   McGuire et al v. Wyeth Inc et al
4:08-cv-01252-BRW   Doan et al v. Wyeth Inc et al
4:08-cv-01255-BRW   McCue v. Wyeth Inc et al

4:08-cv-01258-BRW   Filippi v. Wyeth Inc et al
4:08-cv-01260-BRW   Cannon v. Wyeth Inc et al
4:08-cv-01261-BRW   Cresci et al v. Wyeth Pharmaceuticals Inc
4:08-cv-01262-BRW   Grande v. Wyeth Inc et al
4:08-cv-01263-BRW   Mierau v. Wyeth Inc et al

4:08-cv-01265-BRW   Pascaran et al v. Wyeth Inc et al
4:08-cv-01337-BRW   Caja et al v. Wyeth Inc et al
4:08-cv-01338-BRW   Chick et al v. Wyeth Inc et al
4:08-cv-01340-BRW   Basile-Getz et al v. Wyeth Inc et al
4:08-cv-01344-BRW   Gladstone et al v. Wyeth Inc et al
```

<pre>
4:08-cv-01356-BRW  Hung v. Wyeth Inc et al
4:08-cv-01358-BRW  Johnson et al v. Wyeth Inc et al
4:08-cv-01359-BRW  Juliussen et al v. Wyeth Inc et al
4:08-cv-01434-BRW  Mayz et al v. Wyeth Inc et al
4:08-cv-01437-BRW  Llacera v. Wyeth Inc et al

4:08-cv-01438-BRW  Hamilton et al v. Wyeth Inc et al
4:08-cv-01459-BRW  Martinez et al v. Wyeth Inc et al
4:08-cv-01456-BRW  Katsuleris et al v. Wyeth Inc et al
4:08-cv-01459-BRW  Martinez et al v. Wyeth Inc et al
4:08-cv-01460-BRW  Krause v. Wyeth Inc et al

4:08-cv-01461-BRW  Bambauer v. Wyeth Inc et al
4:08-cv-01463-BRW  Poindexter v. Wyeth Inc et al
4:08-cv-01486-BRW  Stankard et al v. Wyeth Inc et al
4:08-cv-01496-BRW  Dillon v. Wyeth Inc et al
4:08-cv-01504-BRW  Fields v. Wyeth Inc et al

4:08-cv-01505-BRW  Spector et al v. Wyeth Inc et al
4:08-cv-01508-BRW  Lee et al v. Wyeth Inc et al
4:08-cv-01569-BRW  Sciacca et al v. Wyeth Inc et al
4:08-cv-01570-BRW  Olson et al v. Wyeth Inc et al
4:08-cv-01572-BRW  Atkins et al v. Wyeth Inc et al

4:08-cv-01573-BRW  Shapiro et al v. Wyeth Inc et al
4:08-cv-01577-BRW  Glynn v. Wyeth Inc et al
4:08-cv-01579-BRW  Melnick et al v. Wyeth Inc et al
4:08-cv-01593-BRW  Hildreth et al v. Wyeth Inc et al
4:08-cv-01611-BRW  Harke et al v. Wyeth Inc et al

4:08-cv-01618-BRW  Younger v. Wyeth Inc et al
4:08-cv-01624-BRW  Kaidanow et al v. Wyeth Inc et al
4:08-cv-01625-BRW  Jackson v. Wyeth Inc et al
4:08-cv-01641-BRW  Vahldick v. Wyeth Inc et al
4:08-cv-01643-BRW  Filbert v. Wyeth Inc et al

4:08-cv-01646-BRW  Dunn et al v. Wyeth Inc et al
4:08-cv-01647-BRW  Price v. Wyeth Inc et al
4:08-cv-01672-BRW  Landreth et al v. Wyeth Inc et al
4:08-cv-01678-BRW  Chubb et al v. Wyeth Inc et al
4:08-cv-01716-BRW  Tremblay et al v. Wyeth Inc et al

4:08-cv-01717-BRW  Peterson v. Wyeth Inc et al
4:08-cv-01718-BRW  Brooks et al v. Wyeth Inc et al
4:08-cv-01721-BRW  Billeter v. Wyeth Inc et al
4:08-cv-01725-BRW  Fortune v. Wyeth Inc et al
4:08-cv-01730-BRW  Geiger v. Wyeth Inc et al
</pre>

4:08-cv-01736-BRW   Kerschman et al v. Wyeth Inc et al
4:08-cv-01737-BRW   Kilerlane v. Wyeth Inc et al
4:08-cv-01739-BRW   Kreitzburg et al v. Wyeth Inc et al
4:08-cv-01740-BRW   Rube v. Wyeth Inc et al
4:08-cv-01744-BRW   Todzia et al v. Wyeth Inc et al

4:08-cv-01746-BRW   Booker v. Wyeth Inc et al
4:08-cv-01748-BRW   Thompson et al v. Wyeth Inc et al
4:08-cv-01750-BRW   Ray v. Wyeth Inc et al
4:08-cv-01753-BRW   Hicks Lee v. Wyeth Inc et al
4:08-cv-03594-BRW   Scarbrough v. Wyeth Inc et al

4:09-cv-00391-BRW   Lybrand v. Wyeth Inc et al


IT IS SO ORDERED this 8th day of February, 2012.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE